UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY


_____
                                :
FLOWER CORPORATION,             :
                                :
               Plaintiff,       :        Civ. No. 03-4868 (WGB)
                                :
v.                              :        ORDER
                                :
MYUNG SOON PARK, P&B            :
CORPORATION, and ABC            :
CORPORATION                     :
                                :
               Defendants.      :
_____:


        This matter having been raised by the Plaintiff for final

Judgment by default pursuant to Fed. R. Civ. P. 55(b)(2); the

matter having been referred to Magistrate Judge Madeline Cox

Arleo by order dated September 7, 2004; the Report and

Recommendation of Magistrate Judge Arleo filed November 22, 2005,

being in support of granting Judgment by default in the amount of

$175,000.00 as to count III on State Common Law Fraud; and Denied

with prejudice as to Civil R.I.C.O and Consumer Fraud Act claims

for treble damages in Counts I, II, and IV; the ten day period

for objection having passed and no objection having been received

or filed with the Clerk of the Court; and

        For good cause shown;

        IT IS on this 5th day of January, 2006, hereby ORDERED that

the Court adopts the Report and Recommendation of Magistrate

Judge Arleo and Plaintiff's motion for Default Judgment as to

compensatory damages claim be GRANTED in the amount of

$175,000.00 as to count III on State Common Law Fraud, and

Plaintiff's motion for Default Judgment as to civil R.I.C.O and

Consumer Fraud Act claims for treble damages in Counts I, II, and

IV are DENIED with prejudice.


    /S/ WILLIAM G. BASSLER
William G. Bassler, U.S.S.D.J.